**Jason B. Lattimore**
Direct Dial: (973) 639-7536
jason.lattimore@lw.com

One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Tel: +1.973.639.1234  Fax: +1.973.639.7298
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 12, 2011

**VIA ECF & FEDEX**

Hon. Mark Falk
United States Magistrate Judge
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Hoffmann-La Roche, Inc. v. Roxane Laboratories, Inc.*, Civil Action No. 2:09-cv-06335-WJM-MF (D.N.J.)

Dear Judge Falk:

We represent Defendant Roxane Laboratories, Inc. ("Roxane"), in the above-referenced matter. We write to supplement our May 2, 2011 letter requesting that, pursuant to Local Patent Rule 3.7, the Court allow Roxane to amend its Invalidity Contentions in order for Roxane to incorporate into those Contentions information and material that Roxane learned during fact discovery (D.I. 74). We wish to inform Your Honor that Plaintiff Hoffmann-La Roche has notified us that it has no objection to this amendment.

LATHAM&WATKINS LLP

Thank you, Your Honor, for considering this matter.

          Respectfully submitted,

          *s/ Jason B. Lattimore*

          Jason B. Lattimore
          Of LATHAM & WATKINS LLP

cc:    All Counsel (via ECF and Email)